UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIMONE BRAXTON,<br>    Plaintiff,<br>        v.<br>SELECT PORTFOLIO SERVICING, INC., et al.,<br>    Defendants. | Case No. 18-cv-03271-JSW<br><br>**ORDER TO SHOW CAUSE WHY MOTION SHOULD NOT BE GRANTED AS UNOPPOSED**<br><br>Re: Dkt. No. 12 |

On June 28, 2018, Defendant JPMorgan Chase Bank ("JPMorgan") filed a motion to dismiss, which is noticed for a hearing on August 17, 2018. Under Northern District Civil Local Rules 7-3(a) and 7-3(b), Plaintiff's opposition or statement of non-opposition would have been due on July 12, 2018.[1]

Plaintiff has not filed an opposition or a statement of non-opposition. Accordingly, Plaintiff is HEREBY ORDERED TO SHOW CAUSE why the Court should not grant the motion as unopposed. Plaintiff's response to this Order to Show Cause shall be due by July 20, 2018. If Plaintiff seeks to file an untimely opposition, she must submit a copy of that brief with her response to this Order to Show Cause and must demonstrate good cause for her failure to comply with the Court's deadline.

The Court will extend JPMorgan's deadline to file a reply until after the Court has received and considered Plaintiff's response to the Order to Show Cause, and it reserves the right to

//

//

---

[1] The fact that the case was reassigned and the motion re-noticed for hearing did not alter the briefing schedule triggered when JPMorgan Chase filed its motion.

continue the hearing date.

**IT IS SO ORDERED.**

Dated: July 13, 2018

_____
JEFFREY S. WHITE
United States District Judge